IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE FLANERY,<br><br>        Plaintiff,<br><br>    vs.<br><br>MENDOZA-POWERS, et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-00059-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATIONS<br>(Doc. 11.)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>ORDER FOR CLERK TO CLOSE CASE |

Michael Eugene Flanery ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 4, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted under section 1983. Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

---

[1] The United States Postal Service returned the order on September 15, 2008 as undeliverable. A notation on the envelope indicated "RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD". However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f)

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, THE COURT HEREBY ORDERS that:

    1. The Findings and Recommendations issued by the Magistrate Judge on September 4, 2008, are adopted in full;

    2. This action is dismissed with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under section 1983; and

    3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   October 15, 2008**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE